IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
FOR THE EASTERN DIVISION

| | |
|---|---|
| P&L CHEMICAL, INC., | ) |
|     Plaintiff/Counterclaim Defendant, | ) |
| v. | ) Civil Action No. 4:10-cv-00408-DDN |
| SANTOLUBES MANUFACTURING, LLC, | ) |
|     Defendant/Counterclaim Plaintiff. | ) |

### JOINT STIPULATION FOR DISMISSAL OF ALL CLAIMS

COME NOW the parties, by and through their counsel of record, and dismiss all claims and counterclaims in this case, with prejudice, with each party to bear its own costs and expenses.

Respectfully submitted,

POLSINELLI SHUGHART PC

By: _____
Robert J. Selsor FM(#4329)
rselsor@polsinelli.com
John M. Challis FM(#507240)
jchallis@polsinelli.com
100 South Fourth Street
Suite 1000
St. Louis, MO 63102
Phone: (314) 889-8000
Fax: (314) 231-1776

DANNA MCKITRICK, P.C.

By: /s/ David R. Bohm
David R. Bohm, Esq. #35166 MO
drbohm@dmfirm.com
Jeffrey R. Schmitt, Esq. #52966MO
jschmitt@dmfirm.com
7701 Forsyth Boulevard
Suite 800
St. Louis, MO 63105
Phone: (314) 726-1000
Fax: (314) 725-6592